USDC SCAN INDEX SHEET










```
RFM    9/21/00    12:04
3:00-M -02774    USA V. CHENOWETH
*1*
*CRCMP.*
```

Affidavit in Lieu of Complaint

FILED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

00 SEP 21 AM 10: 21

Magistrate's Docket No.
Case No.

BY: _____ DEPUTY

00 mg 2774

The accused  Larry Gale CHENOWETH  , now presented before

_____, United States Magistrate Judge, for

arraignment and fixing of bail, has been charged by a complaint signed by a

Magistrate Judge in the  Southern  District of  Iowa  at

 Des Moines, IA , on  08/30/00 , with an offense that on or

about Count I 5/96 - 10/99   Count II 4/93 - 10/99  at  Council Bluffs/Glenwood, IA , the accused

committed ① PWITD & Conspiracy to Distribute 500 grams or more of Methamphetamine,

② Count II PWITD & Conspiracy to Distribute not more than 100 Kilograms

of Marijuana

(one count each)

_____ in violation of Title  21 , United States Code, Section  846 + 841(a)(1) 

A warrant for the arrest of the defendant was issued on  08/30/2000 .

Bond in the sum of  Detain  has been recommended by an Assistant

United States Attorney in the district in which the charges are pending.

DATED:  9/21/00 .

_____
Affiant

 DEA TFA 
Title

Lodged with me this  21st  day of  September , 19 2000 ;

in lieu of certified copy of complaint against the accused.

_____
United States Magistrate Judge

SWH/ves:050598

AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____SOUTHERN_____ District of _____IOWA_____

UNITED STATES OF AMERICA

V.

LARRY GALE CHENOWITH

**WARRANT FOR ARREST**

Case Number: 00-195

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ____Larry Gale Chenowith a/k/a Larry Dale Chenowith____
a/k/a Larry Dale Chenowetch a/k/a Larry Gale Chenoweth

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment   ☐ Information   ☐ Complaint   Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

conspiracy to distribute methamphetamine and marijuana

(Copy of Indictment attached)

in violation of Title ____21____ United States Code, Section(s) ____846 & 841(b)(1)(A), (C) and (D)____

K. Brandenburg
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

K. Brandenburg
Signature of Issuing Officer

August 30, 2000         Des Moines, Iowa
Date and Location

Bail fixed at $ ____Detain____ by ____Ross A. Walters, U.S. Magistrate Judge____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

FILED

AUG 30 2000

CLERK US. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>FRANCISCO JAVIER GUARDADO, SR.,  )<br>GUADALUPE GUARDADO,  )<br>  a/k/a Guadalupe Guardado-Tapia,  )<br>LARRY GALE CHENOWITH,  )<br>  a/k/a Larry Dale Chenowith,  )<br>  a/k/a Larry Dale Chenowetch,  )<br>  a/k/a Larry Gale Chenoweth,  )<br>JAMES PATRICK BRIGGS,  )<br>  a/k/a "Soup"  )<br>CHARLES EARL GANSKE,  )<br>TIMOTHY JOHN MATULA,  )<br>)<br>Defendant.  ) | Criminal No. 00-195<br><br>**INDICTMENT**<br><br>[T. 21 U.S.C. § 841(a)(1);<br>T. 21 U.S.C. § 841(b)(1)(A);<br>T. 21 U.S.C. § 841(b)(1)(C);<br>T. 21 U.S.C. § 841(b)(1)(D);<br>T. 21 U.S.C. § 846.] |

I DO HEREBY CERTIFY THAT
THIS IS A TRUE AND FULL
COPY OF THE ORIGINAL
CERTIFIED: SEP 0 5 2000
JAMES R. ROSENBAUM
CLERK, U.S. DISTRICT COURT
BY _____
DEPUTY CLERK

**THE GRAND JURY CHARGES:**

## COUNT 1

From on or about May, 1996, and continuing to October, 20, 1999, the exact dates to the Grand Jury unknown, in the Southern District of Iowa and elsewhere, two or more persons, known and unknown to the Grand Jury, including but not limited to defendants, FRANCISCO JAVIER GUARDADO, SR., GUADALUPE GUARDADO, a/k/a Guadalupe Guardado-Tapia, LARRY GALE CHENOWITH, a/k/a Larry Dale Chenowith, a/k/a Larry Dale Chenowetch, a/k/a Larry Gale Chenoweth, JAMES PATRICK BRIGGS, a/k/a "Soup" CHARLES EARL GANSKE, and TIMOTHY JOHN MATULA, did conspire to commit an offense against the United States, namely to knowingly and intentionally distribute 500 grams or more of a mixture or substance containing methamphetamine, a Schedule II controlled substance, in violation of Title 21, United

States Code, Section 841(a)(1).

This is in violation of Title 21, United States Code, Section 846 and Title 21, United States Code, Section 841(b)(1)(A).

### THE GRAND JURY FURTHER CHARGES:

### COUNT 2

From on or about April, 1993, and continuing to October 20, 1999, the exact dates to the Grand Jury unknown, in the Southern District of Iowa and elsewhere, two or more persons, known and unknown to the Grand Jury, including but not limited to defendants, FRANCISCO JAVIER GUARDADO, SR., GUADALUPE GUARDADO, a/k/a Guadalupe Guardado-Tapia, LARRY GALE CHENOWITH, a/k/a Larry Dale Chenowith, a/k/a Larry Dale Chenowetch, a/k/a Larry Gale Chenoweth, and TIMOTHY JOHN MATULA, did conspire to commit an offense against the United States, namely to knowingly and intentionally distribute not more than 100 kilograms of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

This is in violation of Title 21, United States Code, Section 846 and Title 21, United States Code, Sections 841(b)(1)(C) and 841(b)(1)(D).

**A TRUE BILL.**

FOREPERSON

UNITED STATES ATTORNEY/
SPECIAL ASSISTANT UNITED STATES ATTORNEY

2

My name is _Larry G. Chenoweth_
                            print

My Date of Birth is _9-2-63_

My Social Security number is _568808644_

_Larry G. Chenoweth_          _9-20-00_
Signature                            Date

ECC - 9/20/00
SM - 09/20/00

# CRIMINAL JUSTICE [illegible]

TO: Iowa Division of Criminal Investigation    FROM: _S/A Bill Missman_
    Bureau of Identification
    Wallace State Office Building                 _Iowa Division_
    Des Moines, Iowa 50319                    _of Narcotics Enforcement_

## REQUEST

I am requesting an Iowa criminal history check on:
(Please type or print clearly)

| Last Name | First Name | Middle Name |
|---|---|---|
| Chenowith | Larry | Gale |

| Date of Birth | Sex | Social Security Number |
|---|---|---|
| 09/02/63 | M | 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 |

Signature of Requestor: _[signature] W. H. Missman_

DCI# 00237300

## RESULTS

As of __7-20-00__, a Name and date of birth check revealed:

237300

CCH Record attached ☑     No CCH record found ☐

DCI initials _[initials]_

### General Information:

The information requested is based on **name** and **exact date of birth only**. Without fingerprints, a **positive** identification cannot be assured. If a person disputes the accuracy of information maintained by the Department, they may challenge the information by writing to the address on the front of this form or personally appearing at DCI headquarters during normal working hours.

The records maintained by the Iowa Department of Public Safety are based upon reports from other criminal justice agencies and therefore, the Department cannot guarantee the completeness of the information provided.

The criminal history check is of the Iowa Central Repository only. No other state or federal agency records can be searched under current law.

In Iowa, a deferred judgment is not considered a conviction once the defendant has been discharged after successfully completing probation. However, it should be noted that a deferred judgment may still be considered as an offense when considering charges for certain specified multiple offense crimes, i.e. second offense OWI. If a disposition reflects that a deferred judgment was given, you may want to inquire of the individual his or her current status.

Any questions in reference to Iowa criminal history records can be answered by writing to the address on the front of this form or calling (515)281-5138 between 8:00 a.m. and 4:30 p.m., Monday - Friday.

```
FBI- 94381CA8
DCI-237300
NAME-CHENOWETCH      LARRY         DALE
     CHENOWETH       LARRY         GALE
     CHENOWITH       LARRY         GALE
DOB           SEX    RAC    HGT    WGT      EYE      HAI      SKN
09/02/1963    M      W      505    135      BRO      BRO      MED
POB-CA
COMMENTS-TAT L ARM-LC/CROSS,TAT R ARM-"P"
ADDITIONAL IDENTIFIERS
 SMT-SC ABDOM
 SMT-SC FACE
 SMT-SC R HND
 SMT-TAT CHEST
 SMT-TAT L ARM
 SMT-TAT LF ARM
 SMT-TAT R ARM
 SMT-TAT R HND
 SMT-TAT R WRS
 SMT-TAT UL ARM
 SOC-508808644


01-ARRESTED                  07/22/1987
        AGENCY- COUNCIL BLUFFS PD           IA0780100
           CHARGE NO-01                     IA STATUTE-IA713-3
           OFFENSE- 2299    BURG 1ST

COURT   AGCY-POTT CO DIST COURT             IA078015J
           COUNT NO-01
           OFFENSE-5707 CRIM TRESP
        DISP DATE-07/29/1987   DISP-CONVICTED
                                                              MISDEMEANOR CONVICTION
             30D-CONFINED
           OTHER PROVISION-COURT COSTS


02-ARRESTED                  09/28/1990
        AGENCY- POTT CO SO                  IA0780000
           CHARGE NO-01   DOO-09/28/1990  IA STATUTE-IA321J-2
           OFFENSE- 5404   OWI-2ND

COURT   AGCY-POTT CO DIST COURT             IA078015J
           COUNT NO-01   IA STATUTE-IA321J-2
           OFFENSE-5404 OWI 2ND
        DISP DATE-02/15/1991   DISP-CONVICTED
                                                              MISDEMEANOR CONVICTION
           53D         -SUSPENDED
           7D          -CONFINED
           1Y          -PROBATION
           750         -FINE
           OTHER PROVISION-COURT COSTS
           OTHER PROVISION-ALCOHOL EVAL-ATT DDS


03-ARRESTED                  02/12/1992
        AGENCY- COUNCIL BLUFFS PD           IA0780100
           CHARGE NO-01   DOO-02/12/1992  IA STATUTE-IA321A-17
           OFFENSE- 5499   DRIVE W/REVOKED

COURT   AGCY-POTT CO DIST COURT             IA078015J
           COUNT NO-01   IA STATUTE-IA321A-17
           OFFENSE-5499 DRIVE UNDER SUSP
        DISP DATE-03/05/1992   DISP-CONVICTED
```

```
04-ARRESTED                 10/13/1992
     AGENCY- COUNCIL BLUFFS PD        IA0780100
        CHARGE NO-01  DOO-10/13/1992  IA STATUTE-IA708-2
        OFFENSE- 1399   ASSAULT C/BODILY INJURY (WARRANT)

COURT   AGCY-POTT CO DIST COURT       IA078015J
        COUNT NO-01
        OFFENSE-1399 ASSAULT C/BODILY INJURY
     DISP DATE-02/03/1993  DISP-CONVICTED
                                                        MISDEMEANOR CONVICTION
        49D         -SUSPENDED
        41D         -CONFINED
        1Y          -PROBATION
        OTHER PROVISION-RESTITUTION
        OTHER PROVISION-COURT COSTS

05-ARRESTED                 11/25/1992
     AGENCY- COUNCIL BLUFFS PD        IA0780100
        CHARGE NO-01  DOO-11/25/1992  IA STATUTE-IA321J-2
        OFFENSE- 5404   OWI 2ND

COURT   AGCY-POTT CO DIST COURT       IA078015J
        COUNT NO-01  IA STATUTE-IA321J-2
        OFFENSE-5404 OWI
     DISP DATE-02/03/1993  DISP-CONVICTED
                                                        MISDEMEANOR CONVICTION
        49D         -SUSPENDED
        41D         -CONFINED
        1Y          -PROBATION
        750    -FINE
        OTHER PROVISION-COURT COSTS
        OTHER PROVISION-DL RVKD 6Y-ALCO EVAL

06-ARRESTED                 02/04/1993
     AGENCY- POTT CO SO               IA0780000
        CHARGE NO-01                  IA STATUTE-IA321A-17
        TRK# 001420601
        OFFENSE- 5499   DRIVING WHILE UNDER SUSPENSION

COURT   AGCY-POTT CO DIST COURT       IA078015J
        COUNT NO-01  IA STATUTE-IA321-561
        TRK# 001420601
        OFFENSE-5499 DRIVE U/SUSP
     DISP DATE-04/15/1993  DISP-CONVICTED
                                                        MISDEMEANOR CONVICTION
        30D         -CONFINED
        OTHER PROVISION-COURT COSTS
  AN ARREST WITHOUT DISPOSITION IS NOT AN INDICATION OF GUILT.
  THIS RECORD MAINTAINED BY THE IOWA DIVISION OF CRIMINAL INVESTIGATION,
  BUREAU OF IDENTIFICATION IS A PUBLIC RECORD BUT CAN ONLY BE RELEASED
  TO NON-LAW ENFORCEMENT AGENCIES BY THE DCI.
           ************************** END OF DATA  ***************
```

In the absence of fingerprints for positive identification this record is based on information furnished. We cannot confirm or deny that the record covers the subject of your inquiry.

DIV. OF CRIMINAL INV.

ORIGINAL

## Magistrate Information Sheet

1. Dis. Auth __CAL__ (So. Dist.)  1A. USAO # _____  Ct.# _____  Agency # __DEA__   2. Hg. Date _____
3. AUSA _____  4. Mag. _____  5. Mat.Wit.: Cust: NO.  Arraign M/W  Release M/W  Other _____

Def. # __1__ of __1__  6. Def Name: Chenoweth, LARRY   Soc.Sec.# 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
Alias: _____   Birth Date: 09/02/1963
Address: 5635 Willows Rd #87, Alpine, CA  619 659 5243

7. Flip? Yes/No(circled No)  Charges: §846 & §841(a)(1)   8. Arrest Date: 09/20/2000
Penalties: (Conspiracy to Dist. MJ) / (Conspiracy to Dist. Meth 1count ea)   Place of Arrest: Residence (above)
Agents: Scott Floercke - GS9   Phone #: 856-616-4409   Date Committed: _____
Agency: DEA                    858-616-4405   Program Category: _____

9. Custody? Yes (circled) No      10. Citizenship? U.S. (circled)  Mex.  Other _____

11. INS Status: Res  Bcc  Illegal  Other _____
Prior Deports: _____                    Prior VR's _____
Prior Record: 7/29/87 Co.Bluffs, IA criminal trespass; 2/15/91 Co.Bluffs, IA OWI 2ND fine of one yr probation; 7/1/2000 Disorderly Conduct - pending. See attached for additional misdemeanor charges
Drug Usage: _____   How Evidenced? _____
Cash on Def. $ _____   Other Evidence _____

Agents Fact Summary:
On 9/20/00 at approx 1:15 P.M. DEA agents served arrest warrants out of the Southern Dist. of Iowa charging Larry Chenoweth with one count conspiracy to distribute methamphetamine and one count conspiracy to distribute mj. The arrest occurred at the Chenoweth residence, 5635 Willows Rd #87, Alpine, California as Chenoweth was in his front yard with his paramour, Sandra Lawson.

Agents Bail Info (Employment, Family, Etc.) _____

Vehicle Seized (Describe) __NONA__   Mat/Wit Atty: _____
12. Def. Atty: Apptd. Rtd. To Retain   13. Def. Atty. Name _____
14. Plea: Guilty Count _____ NG  Nolo   15. RCD? Yes No   16. Sent. _____
Con't Sent _____                        16A. S.A. $ _____   17. Dism? Ct. Govt.
18. Next Court for _____  19. Date _____  20. Time _____  and for _____ on _____ at _____
21. Bond Set _____
                                         Conditions _____
22. Pers Info _____
23. Sentencing Guidelines: _____
24. Potential Forfeitures _____

Gov't Sent Recommendation: _____
Defendant's Sent Recommendation: _____
Probation Dept Recommendation: _____

rev: 8/90