# USDC SCAN INDEX SHEET

















```
RFM    9/22/00    10:26
3:00-M -02774   USA V. CHENOWETH
*2*
*CRFTAPMO.*
```

# CRIMINAL FIRST APPEARANCE

USA v. Chenoweth                                           3:00-m -02774

Magistrate Judge Houston

Larry Chenoweth [1]     attorney Ward Clay  - cja

DOA: 9/20/00 [1]

    Enter Order by Magistrate Judge John A. Houston; Specially appearing attorney Federal Defenders; first appearance of Larry Gale Chenoweth on Out of District Cmp; Attorney Ward Stafford Clay appointed, Dft Larry Gale Chenoweth informed of charges, USA oral motion for detention, due to risk of flight, as to defendant Larry Gale Chenoweth, removal hearing set for 3:00 9/27/00 for Larry Gale Chenoweth; detention hearing for 3:00 9/27/00 for Larry Gale Chenoweth; Court JAH00-1:2137-6000

date: 9/21/00

by RM

END OF FORM