# USDC SCAN INDEX SHEET

















```
ELC    9/28/00    16:31
3:00-M -02774    USA V. CHENOWETH
*3*
*CRMO.*
```