















```
ELC    9/28/00    16:35
3:00-M -02774    USA V. CHENOWETH
*4*
*CRR40WV.*
```

Minutes of the United States District Court
# Southern District of California

**CLOSED**

U.S.A. vs. __LARRY GALE CHENOWETH__ ( 1 ) Crim. No. _____
_____ ( ) Mag. No. __00MG2774__
Magistrate Judge __JOHN A. HOUSTON__ Tape No. __AJB00-01: 252-570__
Atty __WARD CLAY__ for ( 1 ) __ Apptd __ Rtnd __ PDA
Atty _____ for ( ) __ Apptd __ Rtnd __ PDA
Atty _____ Appointed for material witness(es)

___ True name _____

___ Case dismissed on oral motion of court/govt/dft with/without prejudice

___ Dft(s) arraigned ___ Guilty plea ___ Change plea to guilty  Count(s) _____

___ Juv delinq counts ___ ___ Denial ___ Admission

___ Dft(s) sentenced ___ Custody BOP for _____

___ Spv prob/release ___ Unspv prob/release for _____ ___ Upon conditions, see jgm

___ Fine _____ waived _____ forthwith _____ within _____

___ Restitution _____ Payable to _____

___ P/A _____ remitted _____ forthwith _____ within _____

___ Pmts of _____ per _____ As determined by _____

___ Remaining cnt(s)/underlying cmp dism   Pending _____ motions w/drawn _____ dates vacated

_X_ Dft(s) ordered removed to __SOUTHERN DISTRICT OF IOWA__

_X_ Forthwith _____ Dft(s) to appear by _____

___ Spv release ___ probation   revocation hearing held   Dft(s) ___ Admits ___ Denies

Ct finds dft(s) ___ in viol ___ not in viol   Dft(s) cont on ___ spv release ___ prob

___ Spv release ___ probation ___ revoked ___ termed ___ reinstated

___ Spv release ___ probation ___ extended to _____

Bond ___ exonerated ___ reinstated ___ revoked ___ forfeited ___ forfeiture set aside

___ M/W(s) ordered released forthwith

Other: **Dft's request to continue the detention hearing to a date before the court in the So. District of Iowa - Granted.**

Date: __09-27-00__                                Deputy: _____

AO 455 (6/91) Waiver of Rule 40 Hearings

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

LARRY GALE CHENOWITH,
a.k.a. Larry Dale Chenowith,
Larry Dale Chenowetch,
Larry Gale Chenoweth,

No. 00mg2774

WAIVER OF RULE 40 HEARINGS
(Excluding Probation Cases)

**FILED**
SEP 27 2000
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

I, LARRY GALE CHENOWITH, a.ka. Larry Dale Chenowith, Larry Dale Chenowetch, Larry Gale Chenoweth, understand that in the Southern District of Iowa, charges are pending alleging violation of Title 21, United States Code, Sections 841(a)(1); 841(b)(1)(A); 841(b)(1)(C); 841(b)(1)(D); and 846, and that I have been arrested in the Southern District of California and taken before a United States Magistrate Judge, who informed me of the charge and of my right to:

1. Retain counsel or request the assignment of counsel if I am unable to retain counsel;
2. Request transfer of the proceedings to this district pursuant to Rule 20, Fed.R.Crim.P., in order to plead guilty;
3. An identity hearing to determine if I am the person named in the charge; and
4. A preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

☐ identity hearing

☐ preliminary examination

☒ identity hearing and have been informed I have no right to a preliminary examination

☐ identity hearing but request a preliminary examination be held in the prosecuting district

and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

_____
LARRY GALE CHENOWITH
Defendant

_____
Defense Counsel

9-27-00
_____
Date

DWM:ves:092500