USDC SCAN INDEX SHEET










```
ELC    9/28/00    16:35
3:00-M -02774    USA V. CHENOWETH
*5*
*CRR40RMWI.*
```

Warrant of Removal on Indictment    Case 3:00-mj-02774-JAH   Document 5   Filed 09/27/00   PageID.18   Page 2 of 2    Cr. Form No. 14M (Rev. 2-73)

PLEASE RECEIPT AND RETURN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

CLOSED

UNITED STATES OF AMERICA }
}  Magistrate
v. }  No. 00mg2774
}
}
LARRY GALE CHENOWITH, }
a.k.a. Larry Dale Chenowith, }
    Larry Dale Chenowetch, }
    Larry Gale Chenoweth, }

To: United States Marshal

The grand jury of the United States for the Southern District of Iowa indicted LARRY GALE CHENOWITH, a.k.a. Larry Dale Chenowith, Larry Dale Chenowetch, Larry Gale Chenoweth, on charges of Title 21, United States Code, Sections 841(a)(1); 841(b)(1)(A), 841(b)(1)(C); 841(b)(1)(D); and 846. Defendant has been arrested in this district and, after waiving a Rule 40 hearing, has been committed by a United States Magistrate Judge to your custody pending his removal to that district:

You are hereby commanded to remove LARRY GALE CHENOWITH, a.k.a. Larry Dale Chenowith, Larry Dale Chenowetch, Larry Gale Chenoweth forthwith to the Southern District of Iowa and there deliver him to the United States Marshal for that district or to some other officer authorized to receive him.

HON. JOHN A. HOUSTON
United States Magistrate Judge

Dated at SAN DIEGO, CALIFORNIA this _____ day of SEPTEMBER, 2000.

RETURN

SOUTHERN District of IOWA (at Des Moines)    ss

Received the within warrant of removal the _____ day of _____, 2000, and executed same.

_____
U. S. Marshal

By _____
Deputy Marshal

DWM:ves/092500